IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN R. MONTEMAYER,

      Plaintiff,

  v.

HD SUPPLY MANAGEMENT, INC. and
DOES 1-100,

      Defendants.
_____/

No. C 12-03292 RS

**CASE MANAGEMENT
SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 27, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

PRIVATE MEDIATION.  Within the next 120 days the parties, if possible, should engage in private mediation of this matter.

    2.    DISCOVERY.

On or before March 29, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) five (5) expert depositions; (c) thirty-five (35) interrogatories per party, including all discrete subparts; (d) thirty-five (35) document requests; and (e) thirty-five (35) requests for admissions. Defendants will additionally have two (2) independent medical exams.

CASE MANAGEMENT SCHEDULING ORDER

1   3. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
2   opinions shall proceed as follows:
3   A. On or before April 30, 2013, parties will make initial expert disclosures in
4   accordance with Federal Rule of Civil Procedure 26(a)(2).
5   B. On or before May 21, 2013, parties will designate their supplemental and rebuttal
6   experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
7   C. On or before June 14, 2013, all discovery of expert witnesses pursuant to Federal
8   Rule of Civil Procedure 26(b)(4) shall be completed.
9   4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
10  Management Conference shall be held on **May 2, 2013 at 10:00 a.m.** in Courtroom 3, 17th
11  Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
12  parties shall file a Joint Case Management Statement at least one week prior to the Conference.
13  5. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
14  Civil Local Rule 7. All pretrial motions shall be heard no later than July 25, 2013.
15  6. PRETRIAL CONFERENCE. The final pretrial conference will be held on
16  **August 29, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450
17  Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the
18  case shall attend personally.
19  7. TRIAL DATE. Trial shall commence on **September 9, 2013 at 9:00 a.m.**, in
20  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
21  California.
22  IT IS SO ORDERED.

24  DATED: 9/28/12

                                        _____
                                        RICHARD SEEBORG
                                        United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2