1  Deborah J. Broyles (SBN 167681)
   Tiffany Renee Thomas (SBN 239085)
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105-3659

4  Telephone:   (415) 543-8700
   Facsimile:   (415) 391-8269
5
   Attorneys for Defendant
6  HD Supply Management, Inc.

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | JOHN R. MONTEMAYER,              | Case No. 3:12-cv-03292-RS
11 | Plaintiff,                       |
12 | vs.                              | **STIPULATION AND [PROPOSED]**
   |                                  | **ORDER REGARDING DISMISSAL**
13 | H D SUPPLY MANAGEMENT, INC., and |
   | DOES 1 to 100, inclusive,        |
14 |                                  |
   |                Defendants.       | *Hon. Richard Seeborg*

The parties, through their respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted against HD SUPPLY MANAGEMENT, INC. by JOHN R. MONTEMAYOR herein are dismissed with prejudice; and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

DATED 6/21/13

REED SMITH, LLP

By: _____
Deborah D Broyles
Tiffany Renee Thomas
Attorneys for Defendants HD Supply Management, Inc.

DATED: May 17, 2013

LAW OFFICE OF TIMOTHY J. KODANI

By: _____
Timothy J. Kodani
Attorneys for Plaintiff John R. Montemayor

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that: (1) all claims for relief asserted against HD SUPPLY MANAGEMENT, INC. by JOHN R. MONTEMAYOR herein are dismissed with prejudice; and (2) all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: 6/20/13

By: /s/ Richard Seeborg
Hon. Richard Seeborg
United States District Judge